# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Janet Rodriguez*
*fka Janet Rengifo*

Case No.
Chapter  **7**

_____ / Debtor

Attorney for Debtor:  *Jeffrey Strange*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: _____        */s/ Janet Rodriguez*_____
                               Debtor

American Home Mortgage
Box 660029
Dallas, TX  75266

Carnival World Mastercard
Box 13337
Philadelphia, PA  19101

Chicago Patrolmen's FCU Visa
Box 4521
Carol Stream, IL  60197

Chicago Patrolmen's Federal Cr
1407 W. Washington
Chicago, IL  60607

Children's Hospital of Chicago
PO Box 4068
Carol Stream, IL  60197-4086

Children's Memorial Medical Group
PO Box 4254
  61097-4254

First National Bank Omaha
Box 3331
Omaha, NE  68103

Helzberg Card
PO Box 49353
San Jose, CA  95161-9353

Jane F. Fields
161 N. Clark Street
Suite 2550
Chicago, IL  60601

Jeffrey Strange
717 Ridge
Wilmette, IL  60091

Janet Rodriguez
3630 N Harlem
Unit 404
Chicago, IL  60634

The Room Place
PO Box 659704
San Antonio, TX  78265-9704